LINK:

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 09-00570 GAF (AGRx) | Date | August 24, 2009 |
|---|---|---|---|
| Title | MGSY Corp. v. LiveUniverse, Inc. et al. | | |

| Present: The Honorable | **GARY ALLEN FEESS** | |
|---|---|---|
| Renee Fisher | None | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:** **(In Chambers)**

## ORDER TO SHOW CAUSE

This Court previously continued the scheduling conference in this case to August 24, 2009, to permit defendant to retain new counsel and permitting previously retained counsel to withdraw. To date, no new counsel has appeared for defendant.

Accordingly, Defendant is ORDERED TO SHOW CAUSE why default should not be entered against it for failing to retain counsel and defend against the allegations in the complaint. The response to this OSC must be filed on or before the close of business on August 31, 2009. If no response is filed with the Court and served on the parties, the Court will strike Defendant's answer, order the entry of default and entertain a motion by Plaintiff for entry of default judgment.

The scheduling conference scheduled for Monday, August 24, 2009 is **VACATED**.

**IT IS SO ORDERED.**